Horatia R. Stockton, defendant in error, v. City of Chicago, plaintiff in error.  Gen. No. 37,319.

Opinion filed June 11, 1934.

William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for plaintiff in error; Quin O'Brien and James J. Danaher, Assistant Corporation Counsel, and Robert E. Dowling, Assistant City Attorney, of counsel.  Robert S. Cook and Albert B. Holecek, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.


Caroline Cross, defendant in error, v. William C. Gascon, plaintiff in error.  Gen. No. 37,269.

Opinion filed June 11, 1934.

Thompson, Tyrrell & Chambers, for plaintiff in error; Lavern W. Thompson, of counsel.  Paul V. Pallasch and Ewart Harris, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.


Byron F. Verdung, appellee, v. Frank Bobrytzke et al., appellants.  Gen. No. 37,467.

Opinion filed June 11, 1934.

James M. Slattery and John K. Murphy, for appellants.  Thomas F. Reilly and Charles B. Collins, for appellee.

Mr. Justice McSurely delivered the opinion of the court.


Langley and Company, Inc., appellee, v. Halsey, Stuart and Company, Inc., appellant.  Gen. No. 37,360.

Opinion filed June 11, 1934.

Isham, Lincoln & Beale and W. A. Morrow, for appellant; Walter M. Fowler, of counsel.  Hopkins, Starr & Godman, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.


Carmela Caputo, appellee, v. The Fidelity Life Association, formerly known as The Mystic Workers, appellant.  Gen. No. 37,369.